UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No.: 1:26-mj-307

v.

**COMPLAINT**
**PENALTY SHEET**

LAKENTO BRIAN SMITH,

Defendant.

_____/

Conspiracy to Launder Monetary Instruments – 18 U.S.C. § 1956(h)

**Maximum penalty:**    Not more than 20 years in prison and/or a $500,000 fine, or twice the value of the property involved in the transaction, whichever is greater [18 U.S.C. §§ 1956(a), 1956(h)]

**Supervised Release:**   Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**:   $100 [18 U.S.C. § 3013]


Date:  July 20, 2026                    /s/ Daniel T. McGraw
                                        Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046