UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                Case No.:  1:26-mj-307

LAKENTO BRIAN SMITH,

    Defendant.                        MOTION & ORDER TO UNSEAL

                                            /

Now comes the United States of America by Timothy VerHey, United States Attorney for the Western District of Michigan, and Daniel T. McGraw, Assistant United States Attorney, and moves this court to unseal the Complaint in the above-entitled case. The arrest warrant has been executed. Consequently, sealing is no longer necessary to protect the integrity of the investigation.

                                        Respectfully submitted,

                                        TIMOTHY VERHEY
                                        United States Attorney

Dated: July 23, 2026

                                        DANIEL T. McGRAW
                                        Assistant United States Attorney
                                        P.O. Box 208
                                        Grand Rapids, Michigan 49501-0208
                                        (616) 456-2404

**IT IS SO ORDERED.**

Dated:  July 23, 2026                  /s/ Ray Kent

                                        HON. RAY KENT
                                        United States Magistrate Judge
                                        Western District of Michigan