**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v.  Lakento Brian Smith | Mag. Judge:  Ray Kent |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:26-mj-00307-RSK | August 3, 2026 | 1:04 - 1:20 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government:<br>Daniel McGraw | Defendant:<br>James Fisher | Counsel Designation:<br>FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Complaint | Read __<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance<br>__ Arraignment:<br> __ mute  __ nolo contendre<br> __ not guilty  __ guilty<br>__ Initial Pretrial Conference<br>__ Detention  (waived __)<br>__ Preliminary  (waived __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of _____<br>__ Consent to Mag. Judge for _____<br>__ Other:<br>_____<br>_____<br>Court to Issue:<br>__ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>✓ Order Appointing Counsel<br>__ Other: _____ | Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>Presentence Report:<br> __ Ordered  __ Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement<br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for<br>  expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Government's motion for a detention hearing under 18 U.S.C. § 3142(f)(1)(D) granted. | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:  __Yes __No<br>Defendant informed of right to appeal:  __Yes __No<br>Counsel informed of obligation to file appeal: __Yes __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:**   Set for Hearing before Mag. Judge | **TYPE OF HEARING:**  Preliminary/Detention Hearings |
| **Reporter/Recorder:**   Digitally Recorded | **Courtroom Deputy:**    K. Belanger |