UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  Case No. 1:26–mj–00307–RSK

    vs.                          Hon. Ray Kent

LAKENTO BRIAN SMITH,

        Defendant.

_____/

## ORDER SCHEDULING PROGRESSION OF CASE

Take notice that a proceeding in this case has been set as indicated below:

| | |
|---|---|
| Type of hearing(s): | Preliminary Hearing<br>Detention Hearing<br>(Note:  Arraignment/initial pretrial conference will replace preliminary hearing if defendant is indicted.) |
| Date/Time: | August 5, 2026   02:00 PM |
| Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

**Detention**

Defendant is temporarily detained, pending a detention hearing as scheduled above. Pending this hearing, the defendant shall be held in custody by the United States marshal and produced for the hearing.

**Proceedings After Indictment**:

**Preparation and E–filing of Initial Pretrial Conference Summary Statement**

The parties shall each e–file an Initial Pretrial Conference Summary Statement **no later than 3:00 p.m. the business day prior to the initial pretrial conference** hearing.   See the court's standard Initial Pretrial Conference Summary Statement forms, which are available at www.miwd.uscourts.gov under Forms/Criminal Forms.

**Filing of Rule 12(b) Motions**

All motions shall be filed within twenty–one (21) days from the date of the initial pretrial conference of the defendant, unless otherwise ordered.

**Initial Discovery**

The provisions of the court's Standing Order Regarding Discovery in Criminal Cases (Administrative Order 20–RL–066) shall apply to the parties named above.   The Standing Order is available on the court's website at www.miwd.uscourts.gov, under Rules, Orders & Policies/Administrative Orders.   Sanctions may be imposed for failure to follow the court's Standing Order Regarding Discovery in Criminal Cases.

IT IS SO ORDERED.


Dated:   August 3, 2026                    /s/ Ray Kent
                                           UNITED STATES MAGISTRATE JUDGE