## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v.   Lakento Brian Smith | Mag. Judge:  Ray Kent |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:26-mj-00307-RSK*  1:06-cr-00032-PLM | August 3, 2026 | 1:04 - 1:20 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: Daniel McGraw | Defendant: James Fisher | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Complaint | Read __  Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance | __ Defendant's Rights | Guilty Plea to Count(s) _____ of the _____ |
| __ Arraignment: | __ Waiver of _____ | Count(s) to be dismissed at sentencing: |
| ___ mute    ___ nolo contendre | __ Consent to Mag. Judge for _____ | _____ |
| ___ not guilty    ___ guilty | __ Other: | |
| __ Initial Pretrial Conference | _____ | Presentence Report: |
| __ Detention   (waived __) | _____ | __ Ordered    __ Waived |
| __ Preliminary   (waived __) | Court to Issue: | __ Plea Accepted by the Court |
| __ Rule 5 Proceeding | __ Report & Recommendation | __ No Written Plea Agreement |
| __ Revocation/SRV/PV | __ Order of Detention | |
| __ Bond Violation | __ Order to file IPTC Statements | **EXPEDITED RESOLUTION** |
| __ Change of Plea | __ Bindover Order | __ Case appears appropriate for expedited resolution |
| __ Sentencing | ✓ Order Appointing Counsel | |
| __ Other: _____ | __ Other: _____ | |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Government's motion for a detention hearing under 18 U.S.C. § 3142(f)(1)(D) granted.  *Held concurrently with Initial Appearance in 1:06-cr-32. | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:    __ Yes  __ No<br>Defendant informed of right to appeal:    __ Yes  __ No<br>Counsel informed of obligation to file appeal: __ Yes  __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:**   Set for Hearing before Mag. Judge | **TYPE OF HEARING:**  Preliminary/Detention Hearings |
| **Reporter/Recorder:**   Digitally Recorded | **Courtroom Deputy:**      K. Belanger |