UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

         Plaintiff,

         vs.                        No. 1:26-mj-000307-RSK

LAKENTO BRIAN SMITH,            Hon. Ray Kent
                                    United States Magistrate Judge

         Defendant.
_____/

## CERTIFICATE IN ACCORDANCE WITH
## LOCAL CRIMINAL RULE 12.4 AND ADMIN. ORDER 15-RL-78

    In accordance with L. Crim. R. 12.4 and Administrative Order No. 15-RL-78, the United

States has inquired of counsel for Defendant, who indicated they do not oppose the relief sought

by the government.

                                 Respectfully submitted,

                                 TIMOTHY VERHEY
                                 United States Attorney

Date:  August 4, 2026             /s/ Daniel T. McGraw
                                 DANIEL T. McGRAW
                                 Assistant United States Attorney
                                 P.O. Box 208
                                 Grand Rapids, Michigan 49501-0208
                                 (616) 456-2404